**Pavel RASS, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–73215.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2004.*

Decided Oct. 25, 2004.

Apt 206, Los Angeles, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, San Francisco, CA, Oil Room 700S, Washington, DC, for Respondent.

Before: KLEINFELD, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM **

Pavel Rass, a native and citizen of Russia, petitions for review of the Board of Immigration Appeals' ("BIA") decision affirming the Immigration Judge's ("IJ") denial of his application for asylum and with-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

holding of removal and for relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence and will reverse the BIA's determination only if the petitioner shows that the evidence compels such a result. *INS v. Elias–Zacarias*, 502 U.S. 478, 481, 483–84, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). We deny the petition.

Substantial evidence supports the BIA's adverse credibility finding. The BIA offered specific, cogent reasons for finding petitioner's testimony vague and lacking in detail regarding his beatings and for finding that his documentary evidence was inconsistent with his testimony. *See Chebchoub v. INS*, 257 F.3d 1038, 1043 (9th Cir.2001). Because these discrepancies went to the heart of petitioner's asylum claim, substantial evidence supports the denial of asylum. *See id.* Because petitioner failed to establish eligibility for asylum, it follows that he did not satisfy the more stringent standard for withholding of removal. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir.2003).

In addition, substantial evidence supports the denial of relief under CAT. *See id.* at 1157.

**PETITION DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.